UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **CV 23-8420-MWF(KSx)**                                        Date:  November 30, 2023

Title     **Xiaoming Li v. Alejandro Mayorkas, et al.**

Present: The Honorable:     MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on September 29, 2023. (Docket No. 1). Pursuant to Federal Rules of Civil Procedure, Rule 4(m), the time to serve the Complaint will expire on December 28, 2023.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, the Court will accept the following no later than **DECEMBER 29, 2023**.

- ■ BY PLAINTIFF: PROOF OF SERVICE of Summons and Complaint on Defendants.

    AND/OR

- ■ BY DEFENDANTS: RESPONSES TO THE COMPLAINT Defendant. The parties may also file an appropriate stipulation to extend the time within which Defendants must respond to the Complaint.

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause by **DECEMBER 29, 2023** will result in the dismissal of this action.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 23-8420-MWF(KSx)**                                        Date: November 30, 2023

Title         **Xiaoming Li v. Alejandro Mayorkas, et al.**

IT IS SO ORDERED.

The Court previously filed a Self-Representation Order. (Docket No. 8). Plaintiff is directed to review that Order. In addition, the Court again provides the following information:

**PRO SE CLINIC**: Although Plaintiff is proceeding pro se, *i.e.*, without legal representation, Plaintiff nonetheless is required to comply with Court orders, the Local Rules, and the Federal Rules of Civil Procedure. *See* C.D. Cal. L.R. 83-2.2.3. The Local Rules are available on the Court's website, http://www.cacd.uscourts.gov/court-procedures/local-rules.

The Court cannot provide advice to any party, including pro se litigants. There is a free "Pro Se Clinic" that can provide information and assistance about many aspects of civil litigation in this Court. The Court has information of importance to pro se litigants at the "People Without Lawyers" link, http://prose.cacd.uscourts.gov/.

☐ **Los Angeles**
The Court notes that a party to this lawsuit does not have a lawyer. Parties in court without a lawyer are called "*pro se* litigants." These parties often face special challenges in federal court. Public Counsel runs a free Federal *Pro Se* Clinic where *pro se* litigants can get information and guidance. The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012 (note that the clinic may not be open for in-person appointments during the pandemic). *Pro se* litigants must call or submit an on-line application to request services as follows: on-line applications can be submitted at http://prose.cacd.uscourts.gov/los-angeles, or call (213) 385-2977, ext. 270.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **CV 23-8420-MWF(KSx)**                                              Date:  November 30, 2023

Title         **Xiaoming Li v. Alejandro Mayorkas, et al.**

☐ **Orange County**

The Court notes that a party to this lawsuit does not have a lawyer. Parties in court without a lawyer are called "pro se litigants." These parties often face special challenges in federal court. The Public Law Center runs a free Federal Pro Se Clinic at the Santa Ana federal courthouse where pro se litigants can get information and guidance.  Visitors to the clinic must make an appointment by calling (714) 541-1010 (x 222).  The clinic is located in Room 1055 of the Ronald Reagan Federal Building and United States Courthouse, 411 West 4th Street, Santa Ana, California (note that the clinic is being operated in a hybrid model at the moment).  More information may be found by visiting the Pro Se Clinic Home Page found at  http://prose.cacd.uscourts.gov/santa-ana.

☐ **Riverside**

The Court notes that a party to this lawsuit does not have a lawyer.  Parties in court without a lawyer are called "pro se litigants."  These parties often face special challenges in federal court. The Public Service Law Corporation runs a free Federal Pro Se Clinic at the Riverside federal courthouse where pro se litigants can get information and guidance.  The clinic is located in Room 125 of the George E. Brown Federal Building, 3470 12th Street, Riverside, California 92501 (note that the clinic is open for in-person appointments on a first come basis Tuesdays and Thursdays from 10:00 a.m. to 2:00 p.m. until further notice).  For more information, pro se litigants may call (951) 682-7968 or they may visit the Pro Se Home Page at http://prose.cacd.uscourts.gov/riverside.

**ELECTRONIC DOCUMENT SUBMISSION SYSTEM (EDSS)**:  Pro se litigants may submit documents for filing through the Court's Electronic Document Submission System (EDSS) instead of mailing or bringing documents to the Clerk's Office.  Only internet access and an e-mail address are required.  Documents are submitted in PDF format through an online portal on the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    **CV 23-8420-MWF(KSx)**                                   Date:  November 30, 2023

Title            **Xiaoming Li v. Alejandro Mayorkas, et al.**

Court's website.  To access EDSS and for additional information, visit the Court's website at https://apps.cacd.uscourts.gov/edss.

**ELECTRONIC FILING**:  Pro se litigants may also apply to the Court for permission to electronically file.  Form CV-005 is available at http://www.cacd.uscourts.gov/court-procedures/forms.

The Court's website home page is http://www.cacd.uscourts.gov.